An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY MATTHEW CAMPANA,
                    Appellant,
    vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67046

**FILED**

FEB 10 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal from a decision of the district court denying a pretrial petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *See Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); *see also* NRS 34.575(1); NRS 177.045. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
        Saitta

_____ J.                    _____, J.
    Gibbons                                          Pickering

15-04455

cc: Hon. Steve L. Dobrescu, District Judge
Corey Matthew Campana
Charles Odgers, Esq.
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A